# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No: 4:19CR92 |
| LERIC DEWBERRY, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Kathleen Davis, counsel for Defendant, for the dates of August 8, 2019 through August 9, 2019, September 12, 2019 through September 13, 2019, and November 13 through 15, 2019. (Doc. 16.) After careful consideration, said Motion is **GRANTED**.

SO ORDERED, this ___ day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA