**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LERIC DEWBERRY, <br><br> Defendant. | CASE NO.: 4:19-cr-92 |

## O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 38.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Leric Dewberry and DIRECTS the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 20th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA